# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:13-CR-05013-BCW |
| | ) | |
| JEFFREY D. MANLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge David P. Rush's Report and Recommendation (Doc. #38) denying Defendant Jeffrey Manley's Motion to Suppress Statements (Doc. #24). Defendant filed objections (Doc. #40) to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Rush's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #38), Defendant's Motion to Suppress Statements of Defendant Jeffrey Manley (Doc. #24) is DENIED. It is further

ORDERED that Magistrate Judge Rush's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: August 28, 2014　　　　　　　　　　/s/ Brian C. Wimes
　　　　　　　　　　　　　　　　　　　　　JUDGE BRIAN C. WIMES
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT