IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 3:13-CR-05013-BCW |
| JEFFREY D. MANLEY, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge David P. Rush's Report and Recommendation (Doc. #39) denying Defendant Jeffrey Manley's Motion to Suppress Evidence on the Basis of An Unlawful Search and Seizure Under the Fourth Amendment to the United States Constitution (Doc. #25). Defendant filed objections (Doc. #41) to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Rush's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #39), Defendant's Motion to Suppress Evidence on the Basis of An Unlawful Search and Seizure Under the Fourth Amendment to the United States Constitution (Docs. #25) is DENIED. It is further

ORDERED that Magistrate Judge Rush's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: August 28, 2014        /s/ Brian C. Wimes
                              JUDGE BRIAN C. WIMES
                              UNITED STATES DISTRICT COURT